

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:        Cecil Adams and Maxine Adams v. Harris County, Texas, Relators

Appellate case number:    01-16-00760-CV

Trial court case number:   2014-35653

Trial court:                        157th District Court of Harris County

This Court's February 14, 2017 Order, among other things, ordered appellants to file evidence of payment for the reporter's record with this Court within 10 days of that order or else the Court would set the briefing schedule without it. Neither a reporter's record nor a timely response has been filed.

Accordingly, this Court will consider and decide this appeal on those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c)(1), (2). Appellants' brief is ordered to be filed no later than **30 days from the date of this order.** *See id.* 38.6(a).

It is so ORDERED.

Judge's signature: /x/ Evelyn V. Keyes
                                ☒ Acting individually      ☐ Acting for the Court
Date: March 7, 2017